UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA POWELL,<br><br>                              Plaintiff,<br>      v.<br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>                              Defendant. | No. C07-5029-KLS<br><br>ORDER |

IT IS HEREBY ORDERED that Plaintiff is awarded attorney's fee, payable to Plaintiff's attorney, Anne Kysar, of $4,319.06 and expenses for messenger service and postage in the amount of $72.11, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee and photocopies in the amount of $354.07, pursuant to 28 U.S.C. § 1920

DATED this 28th day of November, 2007.

                                      Karen L. Strombom
                                      United States Magistrate Judge

PRESENTED BY:

SCHROETER, GOLDMARK & BENDER

s/Anne Kysar
ANNE KYSAR, 28351 WSBA # 16063
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
E-mail:  kysar@SGB-law.com